UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:24cv80853

SAUN-JAY S. MCINTOSH,

    Plaintiff,

vs.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., &
EQUIFAX INFORMATION SERVICES, LLC. &
ROCKET PEST CONTROL,FL LLC.
d/b/a PETRI PEST CONTROL &. &
VOSS & KLEIN, LLC,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff, SAUN-JAY S. MCINTOSH, pursuant to F. R. C. P. 41(a) voluntarily dismisses this action against Defendant, TRANS UNION, LLC in the above styled cause.

    Debt Shield Law
    3440 Hollywood Blvd., Suite 415
    Hollywood, FL 33021
    Tel:   754-800-5299
    Fax:   305-503-9457
    joel@debtshieldlaw.com
    service@debtshieldlaw.com
    dayami@debshieldlaw.com

    */s/ Joel D. Lucoff, Esq.*
    Joel David Lucoff
    Fla. Bar No.192163