UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-80853-MIDDLEBROOKS

SAUN-JAY S. MCINTOSH,

    Plaintiff,

vs.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., &
EQUIFAX INFORMATION SERVICES, LLC. &
CAVANAGH FAMILY BUSINESS, INC. fka
PETRIS PEST CONTROL SERVICES, INC. &
VOSS & KLEIN, LLC,

    Defendants.

_____/

## ORDER TERMINATING DEFENDANT

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal of Defendant Trans Union, LLC, filed August 2, 2024. (DE 14). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Trans Union, LLC, has served neither.

Accordingly, it is **ORDERED AND ADJUDGED:**

1) Plaintiff's claims against Defendant Trans Union are **DISMISSED WITH PREJUDICE**.

2) The Clerk of Court shall **TERMINATE** the above Defendant as a Party in this matter.

3) This Order Terminating Defendant does not impact the claims against the other Defendants in this matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 5th day of August, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record