UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SAUN-JAY S. MCINTOSH,

    Plaintiff,

v.

**CASE NO. 9:24-cv-80853-DMM**

TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC, and ROCKET PEST CONTROL FL LLC d/b/a PETRI PEST CONTROL and VOSS & KLEIN, LLC,

    Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT
AS TO ROCKET PEST CONTROL FL LLC AND VOSS & KLEIN, LLC**

Plaintiff Saun-Jay S. Mcintosh ("Plaintiff") and Defendant Rocket Pest Control FL LLC d/b/a Petri Pest Control ("Rocket Pest"), by and through their respective undersigned counsel, hereby advise the Court that Plaintiff and Rocket Pest have reached a settlement of this matter.

In addition to Rocket Pest, Plaintiff further informs this Court that settlement has also been reached between Plaintiff and Voss & Klein, LLC ("V&K").

Plaintiff will file with the Court a Notice of Dismissal with Prejudice as to Rocket Pest and V&K once the terms of the settlement are completed – which includes certain payment to Plaintiff by Rocket Pest and V&K. The Parties expect the terms of the settlement to be complete, with dismissal as to Rocket Pest and V&K, prior to the upcoming October 17, 2024 Scheduling Conference.

Accordingly, so that Plaintiff, Rocket Pest and V&K may effectuate the terms of the Settlement Agreement, and to avoid unnecessary and costly litigation, the parties respectfully

request that the Court hold in abeyance for ten (10) days all deadlines in this action relating to either Rocket Pest and V&K, including the deadline set forth in the Court's September 30, 2024 Paperless Order [DE 32] directing Rocket Pest to file its response to the Plaintiff's Amended Complaint on or by October 4, 2024.

Respectfully submitted,

| | |
|---|---|
| **DEBT SHIELD LAW** | **SHUTTS & BOWEN LLP** |
| *Counsel for Saun-Jay S. Mcintosh* | *Counsel for Rocket Pest Control FL LLC* |
| 3440 Hollywood Blvd. Suite 415 | 200 South Biscayne Boulevard, Suite 4100 |
| Hollywood, FL 33021 | Miami, Florida 33131 |
| (754) 800-5299 Telephone | (305) 358-6300 Telephone |
| (305) 503-9457 Facsimile | (305) 381-9982 Facsimile |
| By:  */s/ Joel D. Lucoff* | By:  */s/ Scott H. Silver* |
|         Joel D. Lucoff |         Scott H. Silver |
|         (joel@debtshieldlaw.com) |         (SSilver@shutts.com) |
|         Florida Bar No. 192163 |         Florida Bar No. 0042297 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a true and correct copy of the foregoing has been furnished via CM/ECF to all parties.

*/s/ Scott H. Silver*
Scott H. Silver