UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-80853-MIDDLEBROOKS

SAUN-JAY S MCINTOSH,

    Plaintiff,

v.

TRANS UNION, et al.,

    Defendants.

_____/

### ORDER TERMINATING DEFENDANT

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant Rocket Pest Control, FL LLC. d/b/a Petri Pest Control, filed October 11, 2024 (DE 36). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss a defendant by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Rocket Pest Control has served neither filing.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **TERMINATE** Defendant Rocket Pest Control, FL LLC. as a defendant in this matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 15th day of October, 2024.

                                                Donald M. Middlebrooks
                                                United States District Judge

cc:    Counsel of Record