**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 24-CV-80853-MIDDLEBROOKS

SAUN-JAY S MCINTOSH,

    Plaintiff,

v.

TRANS UNION, et al.,

    Defendants.
_____/

**ORDER TERMINATING DEFENDANT**

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant Voss & Klein, LLC, filed October 11, 2024 (DE 37). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss a defendant by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Voss & Klein, LLC has served neither filing.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **TERMINATE** Defendant Voss & Klein, LLC as a defendant in this matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 15th day of October, 2024.

                    Donald M. Middlebrooks
                    United States District Judge

cc:    Counsel of Record