UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24cv80853

SAUN-JAY S. MCINTOSH,

    Plaintiff,

v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC. and
ROCKET PEST CONTROL,FL LLC. d/b/a PETRI
PEST CONTROL and VOSS & KLEIN, LLC..,

    Defendants.
_____/

## NOTICE OF PROPOSED SETTLEMENT

Plaintiffs hereby notifies the Court that Plaintiff, SAUN-JAY S. MCINTOSH, & Defendant - EXPERIAN INFORMATION SOLUTIONS, INC., have settled this matter in principal and are awaiting the signature of those parties on the settlement documents. Plaintiff requests thirty (30) days to file the requisite dismissal notice. Plaintiff files this single notice as opposed a joint notice because Experian has not formally appeared in this action.

                                                                                  Debt Shield Law
                                                                                  3440 Hollywood Blvd., Suite 415
                                                                                  Hollywood, FL 33021
                                                                                  Tel:    844-379-1112
                                                                                  Fax:   305-503-9457
                                                                                 service@debtshieldlaw.com
                                                                                 kevin@debtshieldlaw.com

                                                                                 */s/ Joel D Lucoff, Esq*
                                                                                 Joel D Lucoff
                                                                                 Fla. Bar No. 192163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24cv80853

SAUN-JAY S. MCINTOSH,

    Plaintiff,

v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC. and
ROCKET PEST CONTROL,FL LLC. d/b/a PETRI
PEST CONTROL and VOSS & KLEIN, LLC..,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on October 31, 2024 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/Joel D Lucoff, Esq*
                                              Joel D Lucoff`

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF