UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:24cv80853

SAUN-JAY S. MCINTOSH,

    Plaintiff,

vs.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC. and
ROCKET PEST CONTROL,FL LLC. d/b/a PETRI
PEST CONTROL and VOSS & KLEIN, LLC.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SAUN-JAY S. MCINTOSH, pursuant to F. R. C. P. 41(a) voluntarily dismisses this action against Defendant, EXPERIAN INFORMATION SOLUTIONS, INC, with prejudice in the above styled cause.

    Debt Shield Law
    3440 Hollywood Blvd., Suite 415
    Hollywood, FL 33021
    Tel:   754-800-5299
    Fax:  305-503-9457
    joel@debtshieldlaw.com
    service@debtshieldlaw.com
    dayami@debshieldlaw.com

    */s/ Joel D Lucoff, Esq*
    Joel D Lucoff, Esq
    Fla. Bar No. 192163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: : 9:24cv80853

SAUN-JAY S. MCINTOSH,

Plaintiff,

v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC. and
ROCKET PEST CONTROL,FL LLC. d/b/a PETRI
PEST CONTROL and VOSS & KLEIN, LLC.,

Defendants.

_____/

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on November 12, 2024 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Joel D Lucoff,*
Joel D. Lucoff, Esq

All Defendants Via transmission of Notices of Electronic Filing generated by CM/ECF