UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-80853-MIDDLEBROOKS

SAUN-JAY S MCINTOSH,

      Plaintiff,

v.

TRANS UNION, et al.,

      Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant Experian Information Solutions, Inc. filed November 12, 2024 (DE 50). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss a defendant by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Experian Information Solutions, Inc. has served neither filing.

It is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **TERMINATE** Experian Information Solutions, Inc. as a defendant in this matter. As this is the last defendant remaining in this case, the Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions as moot.

**SIGNED** in Chambers in West Palm Beach, Florida, this 25 day of November, 2024.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record